■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLIN BATISTA, Appellant. [48 NYS3d 581]—

Judgment, Supreme Court, New York County (Jill Konviser, J.), rendered November 25, 2014, convicting defendant, after a jury trial, of gang assault in the first degree, and sentencing him to a term of 15 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's credibility determinations. An accomplice witness's testimony was amply corroborated by surveillance videotapes and other evidence.

The court correctly denied defendant's request to charge second-degree gang assault as a lesser included offense, because there was no reasonable view of the evidence, viewed in the light most favorable to defendant, that he took part in the attack on the victim but only intended to cause ordinary physical injury instrument (*see People v Rivera*, 23 NY3d 112, 120-121 [2014]). Concur—Sweeny, J.P., Renwick, Mazzarelli and Manzanet-Daniels, JJ.